

| Case | Docket | Date | Board/Court | Disposition |
|---|---|---|---|---|
| Berrios v. PBPP ............. | 905CD16 | 02/14/2017 | Board of Probation & Parole 487–BK | Petition to Withdraw Denied |
| Sheaffer v. WCAB (Standard Steel, LLC) ................. | 783CD16 | 02/14/2017 | Workers' Compensation Appeal Board A15–0817 | Affirmed |
| Campanicki v. UCBR........... | 897CD16 | 02/14/2017 | Unemployment Compensation Board of Review B–589285 | Affirmed |
| Young v. UCBR ................ | 938CD16 | 02/14/2017 | Unemployment Compensation Board of Review B–589322 | Affirmed |
| Martini v. DOT ................ | 969CD16 | 02/14/2017 | Dauphin County 2014–CV–10225–LS | Affirmed |
| Jakes v. DHS ................. | 1055CD16 | 02/15/2017 | State Civil Service Commission Appeal No. 29000 | Vacated and Remanded |
| Ramsey v. UCBR .............. | 761CD16 | 02/15/2017 | Unemployment Compensation Board of Review B–587397 | Affirmed |
| Snyder Memorial Health v. WCAB (Rogers) .............. | 81CD16 | 02/16/2017 | Workers' Compensation Appeal Board A14–1275 | Reversed |
| City of Coatesville, In re: ....... | 511CD16, 530CD16, 607CD16, 608CD16, | 02/16/2017 | Chester County 2013–10761–AB | Vacated and Remanded |
| Hawkins v. BPOA .............. | 925CD16 | 02/16/2017 | Bureau of Professional and Occupational Affairs 1652–48–15 | Affirmed |
| Gilbert v. WCAB (Drug Emporium) ....................... | 1576CD16 | 02/16/2017 | Workers' Compensation Appeal Board A15–1426 | Affirmed |
| Orner v. UCBR ................ | 1005CD16 | 02/17/2017 | Unemployment Compensation Board of Review B–589602 | Affirmed |
| Mushinsky v. DOT ............. | 570CD16 | 02/21/2017 | Luzerne County No. 14008 of 2015 | Reversed |
| Ratkovich v. UCBR ............ | 695CD16 | 02/21/2017 | Unemployment Compensation Board of Review B–586837 | Affirmed |